ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
Brayton❖Purcell LLP
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY KELLY and MOLLY KELLY, | No. CV 11-2832 JSW |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND |
| vs. | |
| THOMAS DEE ENGINEERING COMPANY, et al., | Date: July 29, 2011<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |
| Defendants. | |

Having considered the papers and arguments submitted in support and in opposition to plaintiffs' Motion to Remand Case to the California Superior Court, County of San Francisco, ~~and~~ good cause appearing: and in light of the fact that no party has filed an opposition within the time required,

IT IS HEREBY ORDERED that the Motion is GRANTED and this case is REMANDED to the Superior Court of the State of California, County of San Francisco, Case No. CGC-11-275824. The Clerk shall send a certified copy of this Order to the Clerk of the California Superior Court, and that Court may thereupon proceed with the case.

**IT IS SO ORDERED.**

Dated: July 15, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

K:\Injured\115572\FED\Ord-MTN REMAND-Crane Co.wpd       1
ORDER GRANTING PLAINTIFFS' MOTION TO REMAND